IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
SHELBY DIVISION
CASE NO. 4:92-CR-00103-RLV-1

| UNITED STATES OF AMERICA, | ) |
|---|---|
| Plaintiff, | ) |
| v. | ) **ORDER** |
| JOHN D. GALLAGHER, | ) |
| Defendant. | ) |

**THIS MATTER IS BEFORE THE COURT** on the United States' Petition for Remission of Fine (the "Petition"). (Doc. 1). The Petition concerns a fine of $3,250.00 imposed on Defendant Gallagher as part of his sentence for violating 21 U.S.C. §§ 841, 846 (1988) (distribution of marijuana and conspiracy to distribute marijuana). (*See* Doc. 1 at 2). The United States represents that Defendant has no employment, assets, or future interests in monies and that all efforts to collect the fine have been unsuccessful. *Id.* According to the United States, there is no reasonable likelihood that expending further efforts will result in the collection of the unpaid portion of the fine. *Id.* Consequently, the United States requests that this Court remit the unpaid balance of the Defendant's fine. *Id.* This matter is unopposed.

**IT IS, THEREFORE, ORDERED THAT**, pursuant to 18 U.S.C. § 3573(1) (2012), any remaining unpaid balance of the fine of $3,250.00 due and owing the United States as a result of Defendant's violation of 21 U.S.C. §§ 841, 846 is hereby **REMITTED**.

**SO ORDERED**.

Signed: November 10, 2016

Richard L. Voorhees
United States District Judge